MANDATE

# United States Court of Appeals
## For the First Circuit

RIPR

03-00027
Honorable Mary Lisi

No. 03-2128

ALFRED L. ELLIOTT,

Petitioner, Appellant

v.

UNITED STATES,

Respondent, Appellee.

RECEIVED
AUG 30 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 7/18/05

Before

Boudin, Chief Judge,
Lynch and Lipez, Circuit Judges.

JUDGMENT

Entered: May 24, 2005

We have carefully reviewed the record and appellant's submissions. In view of Attorney Timothy Morgan's testimony, no reasonable jurist would find clearly erroneous the district court's determinations that appellant did not ask counsel to file an appeal following sentencing and that counsel did not give appellant improper instructions on how to file an appeal pro se. See United States v. Cunningham, 201 F.3d 20, 28 (1st Cir. 2000) (recognizing that district court is uniquely qualified to evaluate witnesses' credibility); see also Miller-El v. Cockrell, 537 U.S. 322, 338 (2003) (noting that, to obtain certificate of appealability, petitioner must show that reasonable jurists would find district court's assessment of constitutional claims debatable or wrong).

The request for a certificate of appealability is denied, and the appeal is terminated.

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

[cc: Alfred Elliott, Zechariah Chafee, AUSA,
Donald Lockhart, AUSA]